

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Disney Consumer Products Latin America, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080730 | $17,884.32 | 10/24/2019 | 1888531300 UAE MG 6.28.19 | 6/28/2019 | $10,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080730 | $17,884.32 | 10/24/2019 | 1888531300 MX Q1 2019 | 6/28/2019 | $7,884.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080342 | $6,078.02 | 9/26/2019 | 1888533534 SW MX Q2'19 | 9/1/2019 | $1,086.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080342 | $6,078.02 | 9/26/2019 | 1888533534 | 3/31/2019 | $991.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080342 | $6,078.02 | 9/26/2019 | 1888531300 | 9/1/2019 | $4,000.00 |

|  | | | |
|---|---|---|---|
| **Totals:** | **2 transfer(s),** | **$23,962.34** | |

Disney Consumer Products Latin America, Inc. (2266293)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1